**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-CR-80066-Rosenberg/Reinhart

18 U.S.C. § 371
18 U.S.C. § 554
18 U.S.C. § 922(e)
26 U.S.C. § 5861(d)
18 U.S.C. § 981(a)(1)(C)
26 U.S.C. § 5872

**UNITED STATES OF AMERICA**

**vs.**

**DAVID RICARDO MONTECE ELIAS,**

**Defendant.**

_____/



FILED BY _____ D.C.

MAY 0 6 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Conspiracy**
**(18 U.S.C. § 371)**

From in or around August 2021, the exact date being unknown to the Grand Jury, and continuing through on or about December 3, 2024, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**DAVID RICARDO MONTECE ELIAS,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is:

(a)     to willfully engage in the business of dealing in firearms without a licensed importer, licensed manufacturer, and licensed dealer and, in the course of such business, to ship, transport, and receive a firearm in foreign commerce, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D);

(b)     to fraudulently and knowingly export and send from the United States to a place outside of the United States, that is, Ecuador, any merchandise, article, and object, and to receive, conceal, and facilitate the transportation and concealment of such merchandise, article, and object prior to exportation knowing the same to be intended for exportation, contrary to any law and regulation of the United States, in violation of Title 18, United States Code, Section 554; and

(c)     to knowingly and willfully deliver and cause to be delivered to a common and contract carrier for transportation and shipment in interstate and foreign commerce, to a person, other than a licensed firearm importer, manufacturer, dealer, and collector, a package and container in which there was a firearm, without written notice to the carrier that such firearm was being transported and shipped, in violation of Title 18, United States Code, Section 922(e) and 924(1)(1)(D).

## OBJECT AND PURPOSE OF THE CONSPIRACY

It was an object and purpose of the conspiracy for the defendant and his co-conspirators to unlawfully enrich themselves and others by smuggling firearms to Ecuador, via common or contract carriers, and other means, and reselling those firearms in Ecuador.

## Overt Acts

In furtherance of the conspiracy and to affect the object and purpose of the conspiracy, the defendant and his co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following over acts, among others:

1. On or about June 18, 2022, **DAVID RICARDO MONTECE ELIAS** sent, via WhatsApp, a photograph of an air compressor and stated, "Búscalo en un home depot cerca de tu casa ("Look for it in Home Depot, near your house")," "Ai lo cortas vin un disco de corte ("Cut it with round cutter tool")," and "Le tiras esta espuma expansiva alrededor p que quede. Compacto ("Spray

2

expanding foam inside to minimize movement and keep compact")."

2. On or about June 18, 2022, **DAVID RICARDO MONTECE ELIAS** sent, via WhatsApp, a message that stated, "Un ak ("An Ak")," "Ósea tengo las 2 por mi metamos las 2 que tengo ("Well, I have two, so let's put inside the two I have")."

3. On or about June 18, 2022, **DAVID RICARDO MONTECE ELIAS** sent, via WhatsApp, a voice message that stated, "Tomorrow, I will send you the money."

4. On or about August 16, 2022, **DAVID RICARDO MONTECE ELIAS** caused to be delivered approximately six (6) firearms concealed and hidden inside a jet ski to Siati Express, a common or contract carrier located in Miami, Florida, for delivery to Guayaquil, Ecuador.

5. On March 19, 2024, **DAVID RICARDO MONTECE ELIAS** caused to be delivered three firearms hidden within three (3) Vissani oven hoods and boxes to Airbox Miami Corp, a common carrier, located in Miami, Florida for delivery to a known person in Samborondon, Ecuador.

6. On June 17, 2024, **DAVID RICARDO MONTECE ELIAS** sent a money transfer of $2,000 via Western Union to a known person.

7. On June 18, 2024, **DAVID RICARDO MONTECE ELIAS** sent a money transfer of $2,000 via Western Union to a known person.

8. On June 18, 2024, **DAVID RICARDO MONTECE ELIAS** caused to be possessed approximately five (5) firearms by a known person.

9. On December 1, 2024, **DAVID RICARDO MONTECE ELIAS** sent, via WhatsApp, messages containing a photograph of AR-15 style, 5.56 caliber, short-barreled rifles, and stated, "Cmo Vas ("How are you going")," "?,"and "Ya embarcStes ("You've already embarked")."

10. On December 2, 2024, **DAVID RICARDO MONTECE ELIAS** sent, via WhatsApp, a message containing a photograph of three (3) Vissani oven hood boxes containing approximately

fifteen (15) firearms and stated "Nano cierralo bienplis ("Nano please close it properly")."

11. On December 2, 2024, **DAVID RICARDO MONTECE ELIAS** received, via WhatsApp a message that contained a photograph of a shipment receipt for five (5) Vissani oven hoods.

12. On December 2, 2024, **DAVID RICARDO MONTECE ELIAS** caused to be delivered approximately twenty-five (25) AR-15 style, caliber .556, short-barreled rifles concealed and hidden inside five (5) Vissani oven hoods and boxes to Siati Express, a common or contract carrier, located in Miami, Florida.

All in violation of Title 18, United States Code, Section 371.

**COUNT 2**
**Engaging in the Business of Dealing Firearms Without a License**
**(18 U.S.C. § 922(a)(1)(A))**

From in or around August 2021, through in or around December 2024, the exact dates being unknown to the Grand Jury, in Miami-Dade County and Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**DAVID RICARDO MONTECE ELIAS,**

did knowingly and willfully engage in the business of dealing in firearms without a licensed importer, licensed manufacturer, and licensed dealer and in the course of such business did ship, transport, and receive any firearm in interstate and foreign commerce, in violation of Title 18, United States Code, Sections, 922(a)(1)(A), 924(a)(1)(D), and 2.

## COUNT 3
### Smuggling Firearms from the United States
### (18 U.S.C. § 554)

On or about August 16, 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### DAVID RICARDO MONTECE ELIAS,

did fraudulently and knowingly export and send, and attempt to export and send, from the United States to a place outside of the United States, that is, Ecuador, any merchandise, article, and object, that is, firearms, and did receive, conceal and facilitate the transportation and concealment of such merchandise, article, and object prior to exportation, knowing the same to be intended for exportation contrary to any law and regulation of the United States, in violation of Title 18, United States Code, Sections 554 and 2.

It is further alleged that said firearms are:

a. One (1) Tapco AK-47 style, 7.62x39 caliber, rifle;

b. One (1) American Tactical Imports AR-15 style, 5.56 caliber, rifle;

c. One (1) IZMASH Saiga AK-47 style, 7.62x39 caliber, rifle;

d. One (1) Keltec KSG, 12 gauge shotgun;

e. One (1) Century Arms (Centurion 39 Sporter), AK-47 style, 7.62x39 caliber, rifle;

f. One (1) Spike's Tactical (Crusader), AR-15 style, 5.56 caliber, rifle and

g. One (1) M&M INC (M10X), 7.62x39, rifle.

## COUNT 4
### Delivery of Firearm to Common Carrier Without Written Notification
### (18 U.S.C. § 922(e))

On or about August 16, 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### DAVID RICARDO MONTECE ELIAS,

did knowingly and willfully deliver and cause to be delivered to a common and contract carrier for transportation and shipment in interstate and foreign commerce, to a person other than a licensed firearm importer, manufacturer, dealer, and collector, a package and other container in which there was a firearm, without written notice to the carrier that such firearm was being transported and shipped, in violation of Title 18, United States Code, Sections 922(e), 924(a)(1)(D) and 2.

It is further alleged that said firearms are:

a.   One (1) Tapco AK-47 style, 7.62x39 caliber, rifle;

b.   One (1) American Tactical Imports AR-15 style, 5.56 caliber, rifle;

c.   One (1) IZMASH Saiga AK-47 style, 7.62x39 caliber, rifle;

d.   One (1) Keltec KSG, 12 gauge shotgun;

e.   One (1) Century Arms (Centurion 39 Sporter), AK-47 style, 7.62x39 caliber, rifle;

f.   One (1) Spike's Tactical (Crusader), AR-15 style, 5.56 caliber, rifle and

g.   One (1) M&M INC (M10X), 7.62x39, rifle.

## COUNT 5
### Smuggling Firearms from the United States
### (18 U.S.C. § 554)

On or about March 19, 2024, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### DAVID RICARDO MONTECE ELIAS,

did fraudulently and knowingly export and send, and attempt to export and send, from the United States to a place outside of the United States, that is, Ecuador, any merchandise, article, and object, that is, firearms, and did receive, conceal and in any manner facilitate the transportation and concealment of such merchandise, article, and object prior to exportation, knowing the same to be intended for exportation, contrary to any law and regulation of the United States, in violation of Title 18, United States Code, Sections 554 and 2.

It is further alleged that said firearms are three (3) AR-style pistols.

## COUNT 6
### Delivery of Firearm to Common Carrier Without Written Notification
### (18 U.S.C. § 922(e))

On or about March 19, 2024, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### DAVID RICARDO MONTECE ELIAS,

did knowingly and willfully deliver and cause to be delivered to a common and contract carrier for transportation and shipment in interstate and foreign commerce, to a person other than a licensed firearm importer, manufacturer, dealer, and collector, a package and other container in which there was a firearm, without written notice to the carrier that such firearm was being transported and shipped, in violation of Title 18, United States Code, Sections 922(e), 924(a)(1)(D) and 2.

It is further alleged that said firearms are three (3) AR-style pistols.

## COUNT 7
### Smuggling Firearms from the United States
### (18 U.S.C. § 554)

On or about June 18, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

### DAVID RICARDO MONTECE ELIAS,

did fraudulently and knowingly export and send, and attempt to export and send, from the United States to a place outside of the United States, that is, Ecuador, any merchandise, article, and object, that is, a firearm, and did receive, conceal and in any manner facilitate the transportation and concealment of such merchandise, article, and object prior to exportation, knowing the same to be intended for exportation, contrary to any law and regulation of the United States, in violation of Title 18, United States Code, Sections 554 and 2.

It is further alleged that said firearms are:

a.  One (1) Palmetto State Armory, PA-15, .556 caliber, pistol;

b.  One (1) LWRC International, M6, 5.56 caliber, rifle;

c.  One (1) Colt M16 A-2, 5.56 caliber, rifle; and

d.  One (1) DPMS, A-15, multi-caliber, rifle.

## COUNT 8
### Smuggling Firearms from the United States
### (18 U.S.C. § 554)

On or about December 2, 2024, in Miami-Dade County, in the Southern District of Florida, the defendants

### DAVID RICARDO MONTECE ELIAS,

did fraudulently and knowingly export and send, and attempt to export and send, from the United States to a place outside of the United States, that is, Ecuador, any merchandise, article, and object,

8

that is, firearms, and did receive, conceal and in any manner facilitate the transportation and concealment of such merchandise, article, and object prior to exportation, knowing the same to be intended for exportation, contrary to any law and regulation of the United States, in violation of Title 18, United States Code, Sections 554 and 2.

It is further alleged that said firearms are twenty-five (25) AR-15 style, caliber .556, short-barreled rifles.

## COUNT 9
### Delivery of Firearm to Common Carrier Without Written Notification
### (18 U.S.C. § 922(e))

On or about December 2, 2024, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### DAVID RICARDO MONTECE ELIAS,

did knowingly and willfully deliver and cause to be delivered to a common and contract carrier for transportation and shipment in interstate and foreign commerce, to a person other than a licensed firearm importer, manufacturer, dealer, and collector, a package and other container in which there was a firearm, without written notice to the carrier that such firearm was being transported and shipped, in violation of Title 18, United States Code, Sections 922(e), 924(a)(1)(D), and 2.

It is further alleged that said firearms are twenty-five (25) AR-15 style, caliber .556, short-barreled rifles.

## COUNT 10
### Possession of Unregistered Firearm
### (26 U.S.C. § 5861(d))

From on or about November 30, 2024, and continuing through on or about December 2, 2024, in Miami-Dade County, in the Southern District of Florida, the defendant,

### DAVID RICARDO MONTECE ELIAS,

did knowingly possess firearms, that is, twenty-five (25) AR-15 style, caliber .556, rifles, each with a barrel less than sixteen (16) inches in length, which firearm was not registered to the defendant in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Section 5841, in violation of Title 26, United States Code, Section 5861(d), and Title 18, United States Code, Section 2.

### FORFEITURE ALLEGATIONS

1.     The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **DAVID RICARDO MONTECE ELIAS**, has an interest.

2.     Upon conviction of a violation, or conspiracy to commit a violation, of Title 18, United States Code, Section 554, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

3.     Upon conviction of a violation of Title 26, United States Code, Section 5861(d), Title 18, United States Code, Section 922(e), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 26, United States Code, Section 5872.

4.     All pursuant to Title 18, United States Code, 981(a)(1)(C), Title 18, United States Code, Section 924(d)(1), Title 26, United States Code, Section 5872, and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

_____
BRIAN RALSTON
ASSISTANT UNITED STATES ATTORNEY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

**CASE NO.:** 25-CR-80066-Rosenberg/Reinhart

**v.**

David Ricardo Montece Elias

_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No)_____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)

☐Miami   ☐Key West   ☐FTP
☐FTL   ☒WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No)__Yes__
   List language and/or dialect: Spanish_____

4. This case will take__5__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)                (Check only one)
   I   ☒  0 to  5 days          ☐ Petty
   II  ☐  6 to 10 days          ☐ Minor
   III ☐ 11 to 20 days          ☐ Misdemeanor
   IV  ☐ 21 to 60 days          ☒ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) __Yes__
   If yes, William Matthewman_____ Magistrate Case No. 24-mj-8290-WM_____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) __No__
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of April 26, 2025 _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____District of _____
12. Is this a potential death penalty case? (Yes or No) __No__
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)? (Yes or No)__No__
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) __No__
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? __No__
16. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?__No__

By: _____

Brian Ralston
Assistant United States Attorney
SDFL Court ID No.     A5502727

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  David Ricardo Montece Elias

**Case No**:  25-CR-80066-Rosenberg/Reinhart

Count #: 1

Conspiracy

18 U.S.C. § 371
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000
* **Special Assessment**: $100

Count #: 2

Engaging in the Business of Dealing Firearms Without a License

18 U.S.C. § 922(a)(1)(A)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000
* **Special Assessment:** $100

Counts #: 3, 5, 7, 8

Smuggling Firearms from the United States

18 U.S.C. § 554
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000
* **Special Assessment:** $100

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Counts #: 4, 6, 9

Delivery of Firearm to Common Carrier Without Written Notification

18 U.S.C. § 922(e)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000
* **Special Assessment:** $100


Count #: 10

Possession of Unregistered Firearm

26 U.S.C. § 5861(d)
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $10,000
* **Special Assessment:** $100

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**