```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA

                  CASE NO.  25-80066-CR-LEIBOWITZ
```

**UNITED STATES OF AMERICA,**

v.

**DAVID RICARDO MONTECE ELIAS,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE came before the Court on United States Magistrate Judge Bruce E. Reinhart Report and Recommendation on Change of Plea, issued September 17, 2025 [ECF No. 34].

On September 17, 2025, Magistrate Judge Reinhart held a Change of Plea hearing, during which Defendant pled guilty to Counts One, Two, Eight, Nine and Ten of the Indictment [ECF No. 17] pursuant to a written plea agreement and appeal waiver [ECF No. 33]. Magistrate Judge Reinhart thereafter issued this Report and Recommendation.

Defendant has filed a notice of non-objections to the Report and Recommendation [ECF No. 36].

The Court has conducted a review of the record and finds no error in the Report and Recommendation. Therefore, it is **ORDERED AND ADJUDGED** as follows:

    1. The Report and Recommendation [ECF No. 34] is **AFFIRMED AND ADOPTED.**

CASE NO. 25-80066-CR-LEIBOWITZ

2. The guilty plea entered into by Defendant David Ricardo Montece Elias as to Counts One, Two, Eight, Nine, and Ten of the Indictment is **ACCEPTED**.

3. Defendant David Ricardo Montece Elias is adjudicated guilty of Count One, Conspiracy in violation of 18 U.S.C. § 371; Count Two, Engaging in the Business of Dealing Firearms without License in violation of 18 U.S.C. § 922(e); Count Eight, Smuggling Firearms from the United States in violation of 18 U.S.C. § 544; Count Nine, Delivery of Firearms from the United States without Written Notification in violation of 18 U.S.C. § 922(e); and Count Ten, which charges Defendant Possession of Unregistered an Firearm in violation of 26 U.S.C. § 5861(d).

**DONE AND ORDERED** in the Southern District of Florida on September 25, 2025.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record
     Magistrate Judge Bruce Reinhart