UNITED STATATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cr-80066-Leibowitz/Reinhart

UNITED STATES OF AMERICA,

vs.

DAVID MONTECE ELIAS,

    Defendant.
_____/

## OBJECTIONS TO PRESENTENCE REPORT

Defendant, DAVID MONTECE ELIAS, through undersigned court-appointed counsel, hereby files his Objections to the Presentence Investigation Report [Report] as follows:

1. Defendant wishes to add to the offense conduct section of the Report by stating that prior to engaging in firearms smuggling, he was engaged in smuggling vape pens from the United States into Ecuador. One of Defendant's buyers was Andres Macias. During the course of the vape pen smuggling venture, Macias asked Defendant for a Glock pistol. Defendant reached out to Michael Abarca as he knew that Abarca had experience smuggling guns from the United States to Colombia. Abarca obtained a Glock that Defendant arranged to deliver to Macias in Ecuador. Abarca subsequently told Defendant he had two long guns to sell. Defendant approached Macias and offered him the two guns and Macias agreed.

2. Defendant objects to the allegations in ¶ 16 of the Report as follows: Abarca asked to Defendant to find people who would buy guns in Ecuador. Abarca instructed Defendant how to smuggle because he had already been sending guns to Colombia. Abarca devised the scheme to smuggle firearms in air compressors. Defendant and Abarca conspired to send approximately 200 firearms to Ecuador.

3. Defendant objects to the allegations in ¶ 22 of the Report as follows: Jacome approached Defendant in summer of 2022 to start up gun smuggling. Defendant agreed and used the methods he learned through Abarca to do it.

4. Defendant objects to the allegations in ¶ 29 of the Report as follows: Defendant only bought 50 or 60 firearms from Colon which he then shipped to Ecuador.

5. Defendant objects to the allegations in ¶ 52 of the Report as follows: Defendant only recruited Panda. Everyone brought their own "talents" to the scheme. Defendant was not a leader but coordinated with the other co-conspirators.

6. Defendant objects to the allegations in ¶ 53 of the Report as follows: Defendant submits did not recruit or direct Abarca. As stated in ¶ 16. Defendant coordinated with Abara, but did not direct him.

7. Defendant objects to the allegations in ¶ 54 of the Report as follows: Jacome directed Ochoa, not Defendant.

8. Defendant objects to the allegations in ¶ 55 of the Report as follows:

   Defendant did not recruit Jacome – Jacome approached him

9. Defendant objects to the allegations in ¶ 57 of the Report as follows:

   Defendant only asked Colon to sell him firearms, he did not direct him.

10. Defendant objects to the allegations in ¶ 60 of the Report as follows:

    Defendant had no knowledge of Zuluaga's involvement and did not direct him to do anything.

11. Defendant objects to the 1 point enhancement contained in ¶ 74 of the Report in that he did not have the *mens rea* regarding the lack of serial numbers on the firearms for this enhancement to apply.

12. Defendant objects to the 2 point enhancement contained in ¶ 77 of the Report. Defendant did not participate in any group, club, organization or association involved in the commission of criminal offenses. Defendant supplied the firearms but he was not part of the group or organization.

13. Defendant objects to the 4 point enhancement contained in ¶ 79 in the report in that Defendant's participation in the offense did not rise to the level of an organizer or leader of criminal activity.

WHEREFORE, DAVID MONTECE ELIAS, prays that this Honorable Court sustain his Objections to the Presentence Investigation Report, adjust his advisory guideline range accordingly and grant any other relief the Court deems just and proper.

Respectfully submitted,

RICHARD F. DELLA FERA, P.A.

        500 E. Broward Blvd.,
        Suite 900
        Fort Lauderdale, Florida 33394
        Telephone:   (954) 848-2872
        Email: rdf@rdfattorney.com


By: __*/s/ Richard F. Della Fera*_____
      RICHARD F. DELLA FERA, ESQ.
      Fla Bar No. 66710

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 17, 2025, I electronically filed the foregoing document with the Clerk of Court using CM ECF which generates Notices of Electronic Filing to all counsel of record.

By: */s/ Richard F. Della Fera*